NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER S. ORENSHTEYN,**
*Plaintiff-Appellant,*

v.

**CITRIX SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1308

---

Appeal from the United States District Court for the Southern District of Florida in case no. 02-CV-60478, Judge Adalberto Jordan.

---

## ON MOTION

---

## ORDER

Citrix Systems, Inc. moves for a 14-day extension of time, until December 20, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 8 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph J. Zito, Esq.
    Douglas J. Kline, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 8 2012

JAN HORBALY
CLERK